# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

### AMENDED
### JUDGMENT IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

v.                                                                       **CASE NO. 3:02CR 357 JBA**

**MARK ARANJO**                                            **MARK D. RUBINO, AUSA**
**1200 IRANISTAN AVE., 2ND FLR.**
**BRIDGEPORT, CT 06605**                         **GARY WEINBERGER, AFPD**
                                                                    Defendant's Attorney

SSN: **5822**    DOB: **1971**
Title & Section: **21 U.S.C. 841(b))1)(b) and 846** Count: **ONE**
Nature of Offense: **Conspiracy to possess with intent to distribute five (5) grams or more of cocaine base**
Date Offense Concluded: **7/23/02**

    It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on June 16, 2003, be amended as follows:

The defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of: **94 months.**  The Court departs downward pursuant to Rule 35 motion filed by government.

    In all other respects the Judgment and Order of Commitment entered by this Court on June 16, 2003 remains in effect.

**Dated at New Haven, Connecticut: May 12, 2005**

                                  IT IS SO ORDERED

**CERTIFIED AS A TRUE COPY**
**ON THIS DATE _____**
Kevin F. Rowe, Clerk
BY: _____
    **Deputy Clerk**                       _____/s/_____
                                                                    Janet Bond Arterton
                                                                    United States District Judge